No. 64680.—Pressure Castings, Inc. *v.* United States, protests 148038–K and 148039–K (Cleveland).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of zinc alloy ingots similar in all material respects to those the subject of Abstract 58106, the claim of the plaintiff was sustained.